```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23439
   JOSE L RIVAS
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-9545


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/14/07 and confirmed on 02/25/08.

   2.  The case was dismissed after confirmation, 11/06/2008.

   3.  The Debtor paid a total of $  11250.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG   10608.75             .00     10608.75
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE        .00             .00          .00
NICOR GAS                 UNSECURED       NOT FILED            .00          .00
      Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10608.75         .00          .00         .00      10608.75
PRINCIPAL PAID      10608.75         .00          .00         .00      10608.75
INTEREST PAID            .00         .00          .00         .00           .00
TOTAL PAID          10608.75         .00          .00         .00      10608.75
The Debtor's attorney, GARY L SHILTS                 , was allowed $   3200.00
and was paid $   1300.00   direct and $       .00  through the plan.

The Trustee received $    641.25 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 02/11/09             /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
   CASE NO. 07 B 23439 JOSE L RIVAS
```